UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COREY A. ASKEW #248480,

       Plaintiff,

                                            Case No: 1:24-cv-1010

v.

                                            HON. ROBERT J. JONKER

COUNTY OF BERRIEN et al.,

       Defendants.

_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on January 27, 2026 (ECF No. 55). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 55) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 42) is **GRANTED** in part and **DENIED WITHOUT PREJUDICE** in part, specifically: (1) Plaintiff's remaining Fourth Amendment claims be dismissed for failure to state a claim; (2) Plaintiff's conditions of confinement claims, articulated in paragraphs nine through thirteen of his complaint, be dismissed for failure to state a claim; (3) Defendants Bailey, Burkes, Herbert, Magro, Scott Kuhl, Erin Kuhl, Will, Hyun, and Tarnowski be granted summary judgment as to Plaintiff's conditions of confinement claims articulated in paragraphs six through eight of his complaint; (4) Plaintiff's excessive force claims arising from the July 28, 2022 search be dismissed for failure to

state a claim; (5) Defendants Scott Kuhl, Magro, Phillips, Dipert, and Helfman be granted summary judgment as to Plaintiff's excessive force claims arising from the July 28, 2022 attempt to photograph Plaintiff and record his fingerprints; (6) Defendants Berrien County, Bailey, Burkes, Herbert, Hyun, Magro, Scott Kuhl, Erin Kuhl, and Will be granted summary judgment as to Plaintiff's claims regarding supervisory liability and policy implementation; and (7) Plaintiff's claims against Unknown Parties, #1, #2, #4, and #5 through #15 be dismissed for failure to timely effect service.

Dated:   February 20, 2026              /s/ Robert J. Jonker
                                        ROBERT J. JONKER
                                        UNITED STATES DISTRICT JUDGE